# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00376-CV

**Texas General Land Office and George P. Bush, named in his Official Capacity as Texas Land Commissioner, Appellants**

**v.**

**City of Houston, Appellee**

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003520, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On January 25, 2021, we extended the abatement of this appeal to March 22, 2021, at the parties' request. We instructed the parties to file either a status report or motion to dismiss by March 22.

The parties have filed their Joint Status Report and Fourth Request for Extension of Abatement. In it, they represent that they have executed certain documents relating to settling their dispute and are now waiting on (1) a public-comment period for proposed Action Plan Amendment 8 (APA 8) to end and (2) the U.S. Department of Housing and Urban Development to approve APA 8 after it will have been submitted to the Department. The parties represent that they anticipate that these events will transpire by or before June 14, 2021. The parties therefore seek an extension of the abatement of this appeal through and including June 15, 2021, and an order "that the Parties file an updated status report or an agreed dismissal on or before" that date.

The Court grants the parties' request for a fourth abatement extension and extends the abatement through and including June 15, 2021, subject to any motion that may be made before that date to reinstate the appeal. The parties are ordered to file another status report, or a motion to dismiss, by June 15, 2021.

Before Chief Justice Byrne, Justices Baker and Kelly

Abated

Filed: March 30, 2021